**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jose Padilla and Maria Padilla,<br><br>    Plaintiffs,<br><br>vs.<br><br>3M Company, et al.,<br><br>    Defendants. | Case No.: C-11-06678-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held on April 30, 2012 in this action.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 11/5/12 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | 9/28/12 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 8/31/12 |
| NON-EXPERT DISCOVERY CUTOFF: | 12/31/12 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 1/16/13<br>Rebuttal: 1/31/13 |
| EXPERT DISCOVERY CUTOFF: | 2/28/13 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | 3/26/13 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 5/17/13 |
| PRETRIAL CONFERENCE: | Friday, 5/31/13 at 9:00 a.m. |
| TRIAL DATE: | Monday, 6/17/13 at 8:30 a.m.<br>(Jury Trial) |
| TRIAL LENGTH: | To be determined |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

An Order to Show Cause/Compliance hearing regarding the status of unserved defendant shall be held on Friday, May 11, 2012 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. By May 8, 2012, counsel for Plaintiff shall file either a joint statement regarding the issue of service, or a joint statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the Order to Show Cause/compliance hearing will be taken off calendar.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

This Order terminates Dkt. No. 17.

**IT IS SO ORDERED.**

Dated: May 1, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**