UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE PADILLA and MARIA PADILLA,

      Plaintiffs,

      vs.

3M Company, et al.,

      Defendants.

Case No.: 11-cv-06678-YGR

**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT COMPLIANCE HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

      Plaintiffs' counsel Robert Barnett and Defendants' counsel Mordecai Boone are hereby **ORDERED TO SHOW CAUSE** on June 8, 2012 at 9:01 a.m. regarding why they should not be sanctioned for failure to appear at the Order to Show Cause/Compliance Hearing scheduled for May 11, 2012 and to comply with the Court's Orders at Dkt. Nos. 19 & 20. The parties were required to file either a joint statement regarding the status of the unserved defendant or jointly informed the Court why they could not do so by May 8, 2012. (*See* Dkt. Nos. 19 & 20.) Not having filed any joint statement, the parties were required to appear on May 11 at 9:01 a.m.

      The Court hereby continues the May 11, 2012 Order to Show Cause/Compliance Hearing until June 8, 2012 to coincide with this Order to Show Cause regarding why counsel should not be sanctioned for their failure to appear. Counsel for both parties must file a written response to this Order to Show Cause by May 25, 2012 and must personally appear on June 8, 2012 at 9:01 a.m. Telephonic appearances will not be permitted. Failure to file a written response or to appear personally will be deemed an admission that the imposition of monetary sanctions is appropriate.

United States District Court
Northern District of California

1    **IT IS SO ORDERED.**

2

3    Dated: May 11, 2012

4                                                    _____

5                                                    **YVONNE GONZALEZ ROGERS**
                                                     **UNITED STATES DISTRICT COURT JUDGE**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California