UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PADILLA and MARIA PADILLA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>3M Company, et al.,<br><br>    Defendants. | Case No.: 11-cv-06678-YGR<br><br>**ORDER OF DISMISSAL PURSUANT TO STIPULATION** |

The parties have filed a Stipulation and Order of Dismissal Under F.R.C.P. 41(a)(1)(A)(ii). (Dkt. No. 24.) Pursuant to that Stipulation, the Court hereby **DISMISSES** this action in its entirety **WITH PREJUDICE**, with each party to bear its own fees and costs. This Order terminates Dkt. No. 24.

The parties have also filed a Joint Statement Regarding Order to Show Cause. (Dkt. No. 23.) In light of the dismissal of this action, the June 8, 2012 Order to Show Cause hearing shall **VACATED**.

**IT IS SO ORDERED.**

Dated: May 21, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**